UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| 425 Third Street, SW, Suite 800 ) | |
| Washington, D.C. 20024 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-2088 (CRC) |
| ) | |
| U.S. DEPARTMENT OF ) | |
| COMMERCE, ) | |
| 1401 Constitution Avenue, NW ) | |
| Washington, D.C. 20230 ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Joint Status Report in response to the Court's January 29, 2016 Minute Order.

### BACKGROUND

Plaintiff filed the Complaint in this action under FOIA on or about December 2, 2015. The Complaint involves a FOIA request directed to the National Oceanographic and Atmospheric Administration. *See* Compl. ¶ 5, ECF No. 1. Defendant answered the Complaint on January 28, 2016. *See* Answer, ECF No. 8. On January 29, 2016, the Court issued a Minute Order directing the parties to confer and file a joint proposed schedule for briefing or disclosure by February 12, 2016.

### STATUS OF THE REQUEST

The parties have been actively discussing the scope of the request and working diligently to identify the specific information Plaintiff is seeking in order for Defendant to formulate the necessary search parameters to adequately respond to Plaintiff's FOIA request. The parties need additional time to work out these details. Therefore, the parties respectfully request that the Court allow negotiations to continue in order to resolve any outstanding issues. At this time, there is no need for Court intervention or briefing. The parties propose filing a further joint status report by or before March 4, 2016. The parties hope to have the scope of the FOIA request resolved by that time and also hope to be able to provide a production schedule at that time.

Dated: February 12, 2016          Respectfully submitted,

/s/ Lauren M. Burke               BENJAMIN C. MIZER
LAUREN M. BURKE                   Principal Deputy Assistant Attorney General
D.C. Bar No. 1028811
JUDICIAL WATCH, INC.              ELIZABETH J. SHAPIRO
425 Third Street SW, Suit 800     Deputy Director, Federal Programs Branch
Washington, D.C.20024
(202) 646-5172                    /s/ Kevin M. Snell
                                  KEVIN M. SNELL
*Counsel for Plaintiff*           Trial Attorney
                                  United States Department of Justice
                                  Civil Division, Federal Programs Branch
                                  20 Massachusetts Avenue N.W., Room 6108
                                  Washington, D.C.  20530
                                  Tel.: (202) 305-0924
                                  Fax: (202) 616-8470
                                  E-mail:  Kevin.Snell@usdoj.gov

                                  *Counsel for Defendant*